# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| BAXTER BAILEY & ASSOCIATES, INC. as assignee of various motor carriers,<br><br>Plaintiff,<br><br>v.<br><br>MOTOR BROKERAGE, INC.; and UNITED CASUALTY AND SURETY INSURANCE COMPANY,<br><br>Defendants. | Civ. No. 2:25-cv-02437-SHL-cgc |

## JUDGMENT

**JUDGMENT BY COURT.** This action having come before the Court on Plaintiff's complaint (ECF No. 1), filed April 22, 2025,

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Stipulation of Dismissal with Prejudice (ECF No. 26), filed September 3, 2025, all of Plaintiff's claims against all Defendants are **DISMISSED WITH PREJUDICE**.

APPROVED:

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
CHIEF UNITED STATES DISTRICT JUDGE

September 3, 2025
Date